## CONVATEC TECHNOLOGIES INC., Appellant

v.

**SMITH & NEPHEW, INC., Appellee.**

Nos. 2014–1822, 2014–1823.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2015.

Richard Torczon, Wilson, Sonsini, Goodrich & Rosati, PC, Washington, DC, argued for appellant. Also represented by Jeffrey William Guise, Peter R. Munson, Lorelei Perez Westin, San Diego, CA.

Bradley Thomas Lennie, Hunton & Williams LLP, Washington, DC, argued for appellee. Also represented by Jeffrey B. Vockrodt, Christopher H. Yaen; David A. Kelly, Atlanta, GA.

Monica Barnes Lateef, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller.

CHEN, LINN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**